UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| RONALD ALVERSON and SCS CARBON TRANSPORT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SPINK COUNTY, SOUTH DAKOTA et al.,<br><br>Defendants. | No. 3:22-CV-03023-RAL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The challenged moratorium in this case—Spink County Resolution #22-24—was set to expire on July 19, 2023 by its own terms and under SDCL § 11-2-10. The Spink County Commission did not renew Resolution #22-24 and instead allowed it to expire. Therefore, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice, with Plaintiffs and Defendants each to bear their own fees and costs.

[SIGNATURES ON NEXT PAGE]

DATED, this 28th day of July, 2023

**MAY, ADAM, GERDES & THOMPSON LLP**

BY: _/s/ Justin Bell_
BRETT KOENECKE
JUSTIN L. BELL
CODY L. HONEYWELL
CASH E. ANDERSON
P.O. Box 160
Pierre, SD 57501-0160
(605) 224-8803
brett@mayadam.net
jlb@mayadam.net
cody@mayadam.net
cea@mayadam.net

BRIAN D. BOONE (*pro hac vice*)
MICHAEL R. HOERNLEIN (*pro hac vice*)
MATTHEW P. HOOKER (*pro hac vice*)
**ALSTON & BIRD LLP**
1120 S. Tryon St., Ste. 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com
michael.hoernlein@alston.com
matthew.hooker@alston.com

*Counsel for Plaintiffs*

DATED, this 28 day of July, 2023

**RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP**

BY: _/s/ Josh Finer_
JOSHUA K. FINER
RYAN S. VOGEL
One Court Street
Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No. 605-225-6310
Email: jfiner@rwwsh.com
          RVogel@rwwsh.com

*Attorneys for Defendants*