UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| RONALD ALVERSON, SCS CARBON TRANSPORT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SPINK COUNTY, SOUTH DAKOTA, SPINK COUNTY BOARD OF COMMISSIONERS, BRETT KNOX, IN HIS OFFICIAL CAPACITY AS A SPINK COUNTY COMMISSIONER; BRIAN JOHNSON, IN HIS OFFICIAL CAPACITY AS A SPINK COUNTY COMMISSIONER; DUSTIN RISCHE, IN HIS OFFICIAL CAPACITY AS A SPINK COUNTY COMMISSIONER; SUZANNE SMITH, IN HER OFFICIAL CAPACITY AS A SPINK COUNTY COMMISSIONER; AND DAVE ALBRECHT, IN HIS OFFICIAL CAPACITY AS A SPINK COUNTY COMMISSIONER;<br><br>Defendants. | 3:22-CV-03023-RAL<br><br>JUDGMENT OF DISMISSAL |

On July 28, 2023, the parties filed a Stipulation for Dismissal, Doc. 19. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, without prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 1st day of August, 2023.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE